IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN DIXON,                     )        No. C 13-0722 LHK (PR)
                                  )
            Plaintiff,            )        JUDGMENT
                                  )
   vs.                            )
                                  )
                                  )
UNKNOWN,                          )
                                  )
            Defendant.            )
                                  )

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 4/3/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.13\Dixon722jud.wpd