1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARTIN DIXON,                    )          No. C 13-0722 LHK (PR)
                                      )
12              Plaintiff,            )          JUDGMENT
                                      )
13       vs.                          )
                                      )
14                                    )
     UNKNOWN,                         )
15                                    )
                Defendant.            )
16   _____ )

17        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is

18   entered.  The Clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: ___4/3/13___                      _____
                                               LUCY H. KOH
21                                             United States District Judge

22

23

24

25

26

27

28